JS-6

FILED
CLERK, U.S. DISTRICT COURT

10/29/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>         Plaintiff,<br><br>    v.<br><br>357 SOUTH BROADWAY LLC,<br>MARTHA RIVAS, and DOES 1–10,<br><br>         Defendants. | Case No.: CV 19-09609-CJC(ASx)<br><br><br><br><br>JUDGMENT |

This action came before the Court on Defendants 357 South Broadway LLC's and Martha Rivas's motion for summary judgment.

//
//
//
//
//

-1-

1  On October 29, 2020, the Court granted Defendants' motion for summary
2  judgment.  In accordance with the Court's Order, **IT IS HEREBY ORDERED** that
3  judgment is entered in favor of Defendants and against Plaintiff on his complaint.
4  Plaintiff shall take nothing on his complaint against Defendants.
5
6  DATED: October 29, 2020
7
8  _____
9  HON. CORMAC J. CARNEY
10  UNITED STATES DISTRICT JUDGE